Argued November 29, affirmed December 11, 1978

THOMPSON, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND et al,
*Respondents.*
(WCB No. 77-3038, CA 11634)
586 P2d 1140

Dean M. Phillips, Portland, argued the cause and submitted the brief for petitioner.

Gene L. Platt, Associate Counsel, State Accident Insurance Fund, Salem, argued the cause for respondents. With him on the brief were K. R. Maloney, Chief Counsel, and James A. Blevins, Chief Trial Counsel, State Accident Insurance Fund, Salem.

Before Schwab, Chief Judge, and Johnson and Gillette, Judges.

PER CURIAM.

**PER CURIAM.**

We affirm for the reasons stated in the referee's opinion and order and for the additional reason that the property management agreement between Property Management Services, Inc. and Gilbert Brothers Realty, Inc., expressly provides:

> "* * * Any resident manager or any necessary assistants shall be under the exclusive control of PMSI and shall be the employee of PMSI and not the Owner."

Affirmed.